AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>District of Idaho<br>Boise (Southern Division) |
|---|---|
| DOCKET NO.<br>1:18-cv-00079-CWD | DATE FILED<br>2/16/2018 |

| PLAINTIFF<br><br>Matthew McDermott<br><br>Complaint attached | DEFENDANT<br><br>Monday Monday LLC |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VA 2-053-278 | | Matthew McDermott |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Stephen W. Kenyon | (BY) DEPUTY CLERK<br>/s/ Carrie Smith | DATE<br>2/16/2018 |
|---|---|---|

**DISTRIBUTION:**

| 1) Upon initiation of action,<br>mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights | 3) Upon termination of action,<br>mail copy to Register of Copyrights |
|---|---|---|
| 4) In the event of an appeal, forward copy to Appellate Court | 5) Case File Copy | |