# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

Matthew McDermott                    Plaintiff(s):

vs.                                                           **AFFIDAVIT OF SERVICE**

Monday Monday LLC                    Defendant(s):    Case Number: 1:18-cv-79-CWD

For:
Morris Bower & Haws PLLC
12550 W. Explorer Dr., Ste. 100
Boise, ID 83713

STATE OF IDAHO        )
                      :ss
COUNTY OF ADA         )

Received by Tri-County Process Serving LLC on February 16, 2018 to be served on **MONDAY MONDAY LLC**.

I, Shannon Roesbery, who being duly sworn, depose and say that on Monday, March 5, 2018, at 4:15 PM:

After reasonable diligence, the Registered Agent, Seth Diviney, could not be served. I then mailed copies of the Summons in a Civil Action, Complaint for Copyright Infringement and Demand for Jury Trial, Litigation Order and Notice of Telephonic Scheduling Conference to Monday Monday LLC, 3501 W. Elder Dr., Ste. 110, Boise, ID 83705 as shown on the most recent annual report filed with the Idaho Secretary of State. Service is perfected pursuant to Idaho Code 30-21-412 on 3/10/2018.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 165548
Client Reference: Daniel W. Bower

Subscribed and sworn before me today
Tuesday, March 13, 2018

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on January 12th, 2019