Richard P. Liebowitz (Pro Hac Vice Pending)
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone:  (516) 233-1660
Fax No.:
RL@LiebowitzLawFirm.com

Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Telephone:  (208) 345-3333
Fax No.:  (208) 345-4461
dbower@morrisbowerhaws.com

*Attorneys for Plaintiff Matthew McDermott*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MONDAY MONDAY LLC, an Idaho limited liability company,<br><br>Defendant. | Case No. 1:18-cv-00079-CWD<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

TO: DISTRICT OF IDAHO CLERK OF COURT

     Plaintiff Matthew McDermott ("Plaintiff") respectfully requests an entry of default, pursuant to Fed. R. Civ. P. 55(a), against Defendant Monday Monday LLC ("Defendant") for its failure to appear or otherwise respond to the Complaint within the time specified by the Federal Rules.

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT - 1

On March 5, 2018, the Summons, Litigation Order and Notice of Scheduling Conference, and Complaint were served on Defendant via mail at its place of business. An Affidavit of Service certifying that the foregoing service was completed was filed with the Court on March 29, 2018. *Id*.

More than 21 days have elapsed since service was performed. Defendant has not been granted any extension of time to respond to the Complaint. Defendant has failed to answer or otherwise respond to the Complaint.

In support this Request for Entry of Default, Plaintiff files an attorney declaration and a proposed Clerk's Certificate of Default herewith.

DATED:  May 8, 2018.

                                                          MORRIS BOWER & HAWS PLLC

                                                          /s/ Daniel W. Bower
                                                         Daniel W. Bower
                                                         *Attorneys for Plaintiff Matthew McDermott*