Richard P. Liebowitz (Pro Hac Vice Pending)
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
Fax No.:
RL@LiebowitzLawFirm.com

Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Telephone: (208) 345-3333
Fax No.: (208) 345-4461
dbower@morrisbowerhaws.com

*Attorneys for Plaintiff Matthew McDermott*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MONDAY MONDAY LLC, an Idaho limited liability company,<br><br>Defendant. | Case No. 1:18-cv-00079-CWD<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

I, Daniel W. Bower, hereby declare and state as follows:

1. I am over the age of eighteen (18) and make this Declaration of my own personal knowledge and belief.

2. I am counsel of record for plaintiff, Matthew McDermott, in the above-captioned matter.

DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT - 1

3. I make this affidavit in support of Plaintiff's request for the Clerk's entry of a default against Defendant.

4. Defendant is not an infant, in the military, or an incompetent person.

5. Plaintiff Matthew McDermott filed the Complaint in this action on February 16, 2018. See Dkt. # 1. Attached as <u>Exhibit A</u> is a true and correct copy of the Complaint.

6. On March 5, 2018, Defendant was served with a Summons, Litigation Order and Notice of Scheduling Conference and Complaint at its place of business by mail. *See* Dkt. 5. Attached as <u>Exhibit B</u> is a true and correct copy of the certificate of service.

7. Pursuant to Fed. R. Civ. P. 12, an answer or other response to the Complaint was due on or before March 26, 2018.

8. Defendant has failed to plead or otherwise defend the action.

9. Accordingly, Plaintiff respectfully requests that the Clerk of Court enter a default against Defendant.

DATED: May 8, 2018.

MORRIS BOWER & HAWS PLLC

  /s/ Daniel W. Bower
Daniel W. Bower
*Attorneys for Plaintiff Matthew McDermott*

DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT - 2