UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MONDAY MONDAY LLC, an Idaho limited liability company,<br><br>Defendant. | Case No. 1:18-cv-00079-CWD<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendant named below. It further appears that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. Defendant Monday Monday LLC is, therefore, in default.

DATED this 18th day of May, 2018.

                                              Stephen W. Kenyon
                                              CLERK OF COURT

                                              By: *Amy Tate*
                                                    Deputy Clerk

**CLERK'S ENTRY OF DEFAULT—1**