Case 1:18-cv-00079-EJL   Document 13   Filed 05/22/18   Page 1 of 2
| Richard P. Liebowitz (Pro Hac Vice Pending) | Daniel W. Bower, ISB #7204 |
|---|---|
| LIEBOWITZ LAW FIRM, PLLC | MORRIS BOWER & HAWS PLLC |
| 11 Sunrise Plaza, Suite 305 | 12550 W. Explorer Drive, Suite 100 |
| Valley Stream, New York 11580 | Boise, Idaho 83713 |
| Telephone: (516) 233-1660 | Telephone: (208) 345-3333 |
| Fax No.: | Fax No.: (208) 345-4461 |
| RL@LiebowitzLawFirm.com | dbower@morrisbowerhaws.com |

*Attorneys for Plaintiff Matthew McDermott*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MONDAY MONDAY LLC, an Idaho limited liability company,<br><br>Defendant. | Case No. 1:18-cv-00079-CWD<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

Pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), Plaintiff Matthew McDermott hereby moves this Court for default judgment against Defendant Monday Monday LLC. In furtherance of this motion for default judgment and in accordance with 17 U.S.C. § 501, *et seq.,* Plaintiff requests: (1) $60,000 in statutory damages for Defendant's copyright infringement of two works, pursuant to 17 U.S.C. § 504(c); and (2) Plaintiff's reasonable attorney's fees and costs.

NOTICE OF MOTION FOR DEFAULT JUDGMENT - 1

This motion is supported by the Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, an Affidavit in Support of Default Judgment, and a Proposed Order of Default Judgment, filed concurrently herewith, and all pleadings filed in this matter, including the Affidavit of Service of the Summons and Complaint.

DATED:  May 22, 2018.

                                                MORRIS BOWER & HAWS PLLC

                                                 /s/ Daniel W. Bower
                                                Daniel W. Bower
                                                *Attorneys for Plaintiff Matthew McDermott*

                                                LIEBOWITZ LAW FIRM, PLLC

                                                 /s/ Richard Liebowitz
                                                Richard P. Liebowitz
                                                *Attorneys for Plaintiff Matthew McDermott*

                                                *(Pro Hac Vice Pending)*

TO:

MONDAY MONDAY LLC
910 S. EL CAMINO REAL STE. D
SAN CLEMENTE, CA  92672

NOTICE OF MOTION FOR DEFAULT JUDGMENT - 2