Richard P. Liebowitz (Pro Hac Vice Pending)
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone:  (516) 233-1660
Fax No.:
RL@LiebowitzLawFirm.com

Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Telephone:  (208) 345-3333
Fax No.:  (208) 345-4461
dbower@morrisbowerhaws.com

*Attorneys for Plaintiff Matthew McDermott*

---

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MONDAY MONDAY LLC, an Idaho limited liability company,<br><br>Defendant. | Case No. 1:18-cv-00079-CWD<br><br>**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Daniel W. Bower, hereby declare and state as follows:

1.      I am over the age of eighteen (18) and make this Declaration of my own personal knowledge and belief.

2.      I am counsel of record for plaintiff, Matthew McDermott, in the above-captioned matter.

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 1

3.      I make this affidavit in support of Plaintiff's motion for the entry of a default judgment against Defendant.

4.      Plaintiff Matthew McDermott filed the Complaint in this action on February 16, 2018.  See Dkt. # 1.  Attached as Exhibit A is a true and correct copy of the Complaint.

5.      On March 5, 2018, Defendant was served with a Summons, Litigation Order and Notice of Scheduling Conference and Complaint at its place of business by mail. *See* Dkt. 5. Attached as Exhibit B is a true and correct copy of the certificate of service.  Pursuant to Fed. R. Civ. P. 12, an answer or other response to the Complaint was due on or before March 26, 2018.

6.      On May 18, 2018, the Clerk issued an Entry of Default. Attached as Exhibit C is a true and correct copy of the Clerk's Entry of Default.

7.      In addition to awarding Plaintiff $60,000 in statutory damages for the infringement, we ask the Court to grant Plaintiff's reasonable attorney's fees in the amount of $3,600.00, plus $600 in costs. In addition to regular court filing fees, serving costs, and copyright registration costs, the Plaintiff's lead attorney spent eight hours at $450 per hour on this matter.

DATED:  May 22, 2018.

MORRIS BOWER & HAWS PLLC

*/s/ Daniel W. Bower*
Daniel W. Bower
*Attorneys for Plaintiff Matthew McDermott*

## EXHIBIT A

Richard P. Liebowitz (Pro Hac Vice Pending)
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
Fax No.:
RL@LiebowitzLawFirm.com

Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Telephone: (208) 345-3333
Fax No.: (208) 345-4461
dbower@morrisbowerhaws.com

*Attorneys for Plaintiff Matthew McDermott*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

MATTHEW MCDERMOTT, an individual,

    Plaintiff,

vs.

MONDAY MONDAY LLC, an Idaho limited
liability company,

    Defendant.

Case No. 1:18-cv-79

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT AND DEMAND
FOR JURY TRIAL**

      Plaintiff Matthew McDermott ("Plaintiff" or "McDermott"), by and through his

undersigned counsel of record, as and for his Complaint for Copyright Infringement against

Defendant Monday Monday LLC ("Defendant" or "Monday") hereby alleges as follows:

### NATURE OF THE ACTION

      1.    This is an action for copyright infringement under Section 501 of the Copyright

Act and for the removal and/or alteration of copyright management information under Section

1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL - 1

unauthorized reproduction and public display of two copyrighted photographs of Daniela Greene, owned and registered by McDermott, a New York based professional photographer. Accordingly, McDermott seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Idaho.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      McDermott is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 23-38 33rd Street, 2F, Astoria, New York 11105.

6.      Upon information and belief, Monday is a limited liability company with a place of business at 3501 W. Elder Street, Suite 110, Boise, ID 83705. At all times material, hereto, Monday has owned and operated a website at the URL: www.MondayMondayNetwork.com (the "Website").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photographs**

7.      McDermott photographed Daniela Greene (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL - 2

8.      McDermott then licensed the Photographs to the New York Post. On May 3, 2017, the New York Post ran an article that featured the Photographs on its web edition entitled *FBI translator who married ISIS terrorist refuses to talk about tryst.* See https://nypost.com/2017/05/03/fbi-translator-who-married-isis-terrorist-refuses-to-talk-about-tryst/. McDermott's name was featured in a gutter credit identifying him as the photographer of the Photographs. A true and correct copy of the Photographs in the article is attached hereto as Exhibit B.

9.      McDermott is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10.     The Photographs was registered with the United States Copyright Office and was given registration number VA 2-053-278.

**B.      Defendant's Infringing Activities**

11.     Monday ran an article on the Website entitled *FBI Employee Made Stunning Decision During Her ISIS Investigation She...* See http://mondaymondaynetwork.com/politics/fbi-employee-made-stunning-decision-during-her-isis-investigation-she/2/. The article prominently featured the Photographs. A true and correct copy of the article is attached hereto as Exhibit C.

12.     Monday did not license the Photographs from Plaintiff for its article, nor did Monday have Plaintiff's permission or consent to publish the Photographs on its Website.

13.     Upon information and belief, Monday removed McDermott's gutter credit.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL - 3

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 5

### FIRST CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST MONDAY)
### (17 U.S.C. §§ 106, 501)

14. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-13 above.

15. Monday infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Monday is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute, and/or use the Photographs.

16. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17. Upon information and belief, the foregoing acts of infringement by Monday have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

19. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

20. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL - 4

## SECOND CLAIM FOR RELIEF
## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST MONDAY
## (17 U.S.C. § 1202)

22.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-20 above.

23.     When the Photographs was first published in the New York Post it contained a gutter credit under the Photographs stating "Matthew McDermott" which is considered contained copyright management information under 17 U.S.C. § 1202(b).

24.     Upon information and belief, in its article on the Website, Monday copied the Photographs from the New York Post and intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photographs.

25.     The conduct of Monday violates 17 U.S.C. § 1202(b).

26.     Upon information and belief, Monday's falsification, removal, and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

27.     Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Monday intentionally, knowingly, and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyrights in the Photographs. Monday also knew, or should have known, that such falsification, alteration, and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyrights in the Photographs.

28.     As a result of the wrongful conduct of Monday as alleged herein, Plaintiff is entitled to recover from Monday the damages that he sustained and will sustain, and any gains,

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL - 5

profits, and advantages obtained by Monday because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

29.    Alternatively, Plaintiff may elect to recover from Monday statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.    That Defendant Monday be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2.    The Defendant Monday be adjudged to have falsified, removed, and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3.    Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains, or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4.    That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains, or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5.    That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6.    That Plaintiff be awarded his costs, expenses, and attorneys' fees pursuant to 17 U.S.C. § 505;

7.    That Plaintiff be awarded pre-judgment interest; and

8.    Such other and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

DATED:   February 16, 2018.

MORRIS BOWER & HAWS PLLC

/s/ Daniel W. Bower
Daniel W. Bower
*Attorneys for Plaintiff Matthew McDermott*

LIEBOWITZ LAW FIRM, PLLC

/s/ Richard Liebowitz
Richard P. Liebowitz
*Attorneys for Plaintiff Matthew McDermott*

*(Pro Hac Vice Pending)*

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL - 7

# EXHIBIT A





DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 11

# EXHIBIT B

NEWS

# FBI translator who married ISIS terrorist refuses to talk about tryst

By Kirstan Conley, Gabrielle Fonrouge and Bruce Golding

May 3, 2017 | 10:47pm | Updated



Daniela Greene leaves her home in Syracuse, NY.
Matthew McDermott

The rogue FBI translator who fell in love and married a bloodthirsty ISIS terrorist hid her face in shame and refused to discuss her treasonous affair as she scurried from her upstate home on Wednesday.

Ex-con Daniela Greene lives on a rundown block in a Syracuse neighborhood that's home to a large population of Muslim immigrants.

ADVERTISING

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 13

Greene, 38, wore a hooded olive field jacket and pulled down the brim of a white cap before driving off in a brand-new Subaru.

On Monday, Greene was revealed to have spent two years in the slammer for lying about a 2014 trip she took to Syria, where she hooked up with notorious German rapper-turned-ISIS recruiter Denis "Deso Dogg" Cuspert.

Greene had been assigned to investigate Cusbert while working for the FBI in Detroit and married him after sneaking into Syria from Turkey, according to court records.

At the time, she was already married to an American she met while he served as a US Army solider in Germany, where she was raised after being born in the former Czechoslovakia, according to CNN, which broke the story.

In a message relayed by his stepmother, cuckolded hubby Matthew Greene declined to comment beyond saying that his relationship with Daniela "is over."

But his brother's wife said Daniela was remarkably rude during their only contact about 10 years ago, when Renee Greene offered in vain to pay for Daniela and Matthew to visit.

"She was really snobby and hateful to me on the phone, and I've never even met her," said Renee, who was unaware of Daniela's crime until told by The Post.

"I was trying to get the brothers together because they hadn't seen each other in years."



Denis Cuspert
Getty Images

Renee, whose husband is an Air Force veteran, also wondered "how she got off so easy," adding: "You'd think doing something like this, you'd get kicked out of the country."

Daniela, who was busted after returning from Syria in April 2014, faced up to eight years behind bars after secretly pleading guilty to false statements involving international terrorism. But federal prosecutors said she deserved leniency because she seemed "to have done all within her power to assist the government since her arrest," calling her cooperation "significant, long-running and substantial."

FILED UNDER    FBI, ISIS, SEX AND RELATIONSHIPS, SYRIA, TERRORISTS

Recommended by

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 14

# EXHIBIT C

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 15

# FBI Employee Made Stunning Decision During Her ISIS Investigation She...

By **Missy Jackson** | Monday Monday Staff - May 5, 2017

## Married a Terrorist



Photo credit: CNN

This is a story that former FBI employee, Daniela Greene, probably wishes nobody knew about. But, the past has a way of catching up with everyone sooner or later. Greene should feel lucky that she both survived her mistake– and basically got away with her crime.

In 2014, Greene was working as an FBI translator in the Detroit field office. She had top-secret security clearance and was charged with investigating a German citizen, suspected of being a top ISIS recruiter. During her probe, Greene uncovered several online accounts and phone numbers that the wanted terrorist was using and she alerted the bureau.

As ˮSPONSORED BY SPOUTABLEˮ t, it was one of those accounts that would alert the FBI about her. During

| | | |
|---|---|---|
| HOME CHEF | 2. | MACY'S |
| Valley Stream: This Meal Service Is Cheaper Than Your Local Store | | Save Big! Check Out All Of The Amazing Deals |

recruiter for ISIS. She then left the country, flew to Syria, and married him. Making matters worse, she warned him about the FBI's investigation.

Somehow she managed to recognize her error and make it back home alive. Court documents, which were unsealed in May of 2015, revealed that Greene had emailed an unnamed source and told them she "escaped from Syria" and was back in the U.S. She also confessed she had...

## "Made a Mess of Things"



Photo credit: New York Post

Greene was arrested shortly after her return to the states. In December 2014, she pled guilty in federal court to charges of making a false statement involving international terrorism. Court records also revealed that Cuspert allegedly announced his sworn allegiance to ISIS and implored Muslim jihadists across the globe to support the terrorist organization's fight.

Shockingly, Greene knew all of this and she married him anyway. Government prosecutors

SPONSORED BY SPOUTABLE

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 17

Greene was released from prison last summer and is now working as a hostess in New York.

Perhaps James Comey will greenlight a made for t.v. movie about her ordeal. He can call it "Inside the FBI: How to Marry a Terrorist and Get Away with It"

*Please Leave A Comment Below And Let Me Know What You Think...*

**TRENDING NOW:**



TI  SPONSORED BY SPOUTABLE  SOCIAL SECURITY INCREASE" IN SIX YEARS HAS JUST

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals

http://mondaymondaynetwork.com/politics/fbi-employee-made-stunning-decision-during-her-isis-investigation-she/2/          3/5

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 18



## You Might Like

Recommended by <span>powerinbox</span>



**Carson's Brain Booster Discovery Wins Nobel Prize**
*TodaysNewsLive.com*



**$4 Anti Aging Trick Makes 60 Look Like 35!**
*People-entertainment*



**Cut Down 10LBS of Belly Fat With This Natural Trick**
*Trending News Today*



**How To: Get Rid of Wrinkles On Face [Watch]**
*Celebrity Health Tips*

**Related Stories:**



Watch Blake Shelton Read THESE Hilarious Tweets Back Stage At DeGeneres

SPONSORED BY SPOUTABLE

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 19



This The Grossest Thing Raj Has Ever Said To Penny?



SPONSORED BY SPOUTABLE

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 20

# **EXHIBIT B**

Case 1:18-cv-00079-CWD   Document 5   Filed 03/29/18   Page 1 of 1

## UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

Matthew McDermott

Plaintiff(s):

vs.

**AFFIDAVIT OF SERVICE**

Monday Monday LLC

Defendant(s):

Case Number: 1:18-cv-79-CWD

For:
Morris Bower & Haws PLLC
12550 W. Explorer Dr., Ste. 100
Boise, ID 83713

STATE OF IDAHO            )
                          :ss
COUNTY OF ADA             )

Received by Tri-County Process Serving LLC on February 16, 2018 to be served on **MONDAY MONDAY LLC.**

I, Shannon Roesbery, who being duly sworn, depose and say that on Monday, March 5, 2018, at 4:15 PM:

After reasonable diligence, the Registered Agent, Seth Diviney, could not be served. I then mailed copies of the Summons in a Civil Action, Complaint for Copyright Infringement and Demand for Jury Trial, Litigation Order and Notice of Telephonic Scheduling Conference to Monday Monday LLC, 3501 W. Elder Dr., Ste. 110, Boise, ID 83705 as shown on the most recent annual report filed with the Idaho Secretary of State. Service is perfected pursuant to Idaho Code 30-21-412 on 3/10/2018.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 165548
Client Reference: Daniel W. Bower

Subscribed and sworn before me today
Tuesday, March 13, 2018

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on January 12th, 2019

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 21

## EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual, | Case No. 1:18-cv-00079-CWD |
| Plaintiff, | **CLERK'S ENTRY OF DEFAULT** |
| v. | |
| MONDAY MONDAY LLC, an Idaho limited liability company, | |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon the Defendant named below. It further appears that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. Defendant Monday Monday LLC is, therefore, in default.

DATED this 18th day of May, 2018.

Stephen W. Kenyon
CLERK OF COURT

By: _amy Tate_
Deputy Clerk

**CLERK'S ENTRY OF DEFAULT—1**

DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT - 22