Nathan R. Starnes (ISB #7484)
LITSTER FROST INJURY LAWYERS
3501 W. Elder, Suite 208
Boise, Idaho 83705
Telephone: (208) 489-6400
Facsimile: (208) 489-6404
Email: Nathan@litsterfrost.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MATTHEW MCDERMOTT, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**MONDAY MONDAY LLC, an Idaho limited liability company,**<br><br>Defendant. | Case No. 1:18-cv-00079-CWD<br><br>**AFFIDAVIT OF JENNIFER MARTINEZ IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT** |

UNITED STATES DISTRICT COURT    )
                                                              )ss.
District of Idaho                                       )

I, Jennifer Martinez, having been first duly sworn upon oath, depose and say:

1. I am over the age of eighteen and have personal knowledge of the subject matter herein.

2. I am the receptionist in charge of receiving all forms of correspondence, including mail, at the location of 3501 W. Elder St., Ste. 110, Boise, ID 83705. I was working

in this capacity on or about March 5, 2018.

3. As part of my duties, I receive and scan all forms of correspondence, including mail, that were delivered to 3501 W. Elder St., Ste. 110, Boise, ID 83705. These were the same duties I had on March 5, 2018.

4. After reviewing all correspondence, including mail, which was received and scanned on or about March 5, 2018, there is no record of Defendant having been served by mail with a Summons, Litigation Order and Notice of Scheduling Conference and Complaint.

DATED this 6th day of June, 2018

_____
JENNIFER MARTINEZ

SUBSCRIBED TO AND SWORN TO before me this 6th day of June, 2018.

KELLI L. ANDERSON
NOTARY PUBLIC
STATE OF IDAHO

Kelli Anderson
NOTARY PUBLIC FOR IDAHO
Residing at Ada
My Commission Expires: 1/28/22

AFFIDAVIT OF JENNIFER MARTINEZ IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT - 2

## **PROOF OF SERVICE**—*Idaho R. Civ. P. 5(f)*

      I, Nathan R. Starnes, a resident attorney of the State of Idaho, with offices at 3501 W. Elder Street, Suite 208, Boise, ID 83705, certify that on the 6th day of June, 2018, I caused a true and correct copy of the foregoing **"AFFIDAVIT OF JENNIFER MARTINEZ IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT"** to be served on the following pursuant to *Rule 5(b)* of the *Idaho Rules of Civil Procedure* as indicated below:

| | | |
|---|---|---|
| Daniel W. Bower<br>MORRIS BOWER & HAWS PLLC<br>12550 W. Explorer Drive, Suite 100<br>Boise, ID 83713<br><br>Richard P. Liebowitz<br>LIEBOWITZ LAW FIRM, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580 | [ ]<br>[X]<br>[ ]<br>[ ]<br>[ ] | U.S. Mail – Certified<br>CM/ECF<br>Hand Delivery<br>Overnight Courier<br>Facsimile |

                                                                             /s/ Nathan R. Starnes
                                                                             Nathan R. Starnes