# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

Matthew McDermott

Plaintiff(s):

vs.

Monday Monday LLC

Defendant(s):

**AFFIDAVIT OF SERVICE**

Case Number: 1:18-cv-79-CWD

For:
Morris Bower & Haws PLLC
12550 W. Explorer Dr., Ste. 100
Boise, ID 83713

STATE OF IDAHO         )
                                       :ss
COUNTY OF ADA       )

Received by Tri-County Process Serving LLC on August 24, 2018 to be served on **MONDAY MONDAY LLC**.

I, Antonio Roque, who being duly sworn, depose and say that on Monday, August 27, 2018, at 10:55 AM, I:

**SERVED** the within named **Monday Monday LLC** by delivering a true copy of the **Summons in a Civil Action, Complaint for Copyright Infringement and Demand for Jury Trial** to Ryan McFarland, Registered Agent, a person authorized to accept service on behalf of Monday Monday LLC. Said service was effected at **2901 E. Pine Ave., Meridian, ID 83680**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 169547
Client Reference: Daniel W. Bower

Subscribed and sworn before me today
Monday, August 27, 2018

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_____
Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on November 20, 2018