Nathan R. Starnes ISB #7484
LITSTER FROST INJURY LAWYERS
3501 W. Elder Street, Suite 208
Boise, ID 83705
Phone: (208) 489-6400
Fax: (208) 489-6404
Nathan@LitsterFrost.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MONDAY MONDAY LLC, an Idaho limited liability company,<br><br>Defendant. | **Case No.** 1:18-cv-79<br><br><br>**NOTICE OF APPEARANCE** |

    Nathan R. Starnes, an attorney, hereby appears on behalf of Defendant Monday Monday LLC, in the above captioned matter.

    DATED this 12th day of September, 2018.


                                                                  /s/ Nathan R. Starnes
                                                        NATHAN R. STARNES
                                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September, 2018 I caused to be served a true and accurate copy of the foregoing document upon the following attorney(s) by the method indicated:

| | | |
|---|---|---|
| Daniel W Bower | [ ] | U.S. Mail, Postage Prepaid |
| dbower@morrisbowerhaws.com | [ ] | Hand Delivery |
| | [ ] | Overnight Delivery |
| | [ ] | Facsimile: |
| | [X] | Electronic |

    /s/ Nathan R. Starnes
Nathan R. Starnes