UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Matthew McDermott,<br><br>          Plaintiffs,<br><br>v.<br><br>Monday Monday LLC,<br><br>          Defendants. | Case No. 1:18-cv-79-EJL<br><br>**CASE MANAGEMENT ORDER**<br>**TRACK: (Standard)** |

To further the just, speedy, and inexpensive determination of this matter, the January 25, 2019 telephonic scheduling conference is VACATED.

**NOW THEREFORE IT IS HEREBY ORDERED** that the following recitation of deadlines and procedures will govern this litigation:

1.  <u>Dispositive Motion Deadline</u>: All dispositive motions, including motions for punitive damages, must be filed by August 23, 2019.[1]

---

[1] It is this Court's policy to accept only one (1) motion to dismiss and one summary judgment motion per party. If it appears, due to the complexity or numerosity of issues presented, that counsel is unable to address all issues within the twenty-page (20) limit for briefs, Dist. Idaho Loc. R. 7.1(b)(1), then it is appropriate to file a motion for permission to file an overlength brief, rather than filing separate motions for each issue. The Court prefers reviewing one over-length brief in support, one over-length brief in response, and one 10-page reply brief, if any, rather than the panoply of briefs that are generated when multiple motions are filed.

(Continued)

**CASE MANAGEMENT ORDER - 1**

2. <u>Amendment of Pleadings and Joinder of Parties</u>: Motions to amend pleadings and join parties, except for allegations of punitive damages, must be filed on or before March 22, 2019. This deadline will only be extended for good cause shown.[2]

3. <u>Alternative Dispute Resolution</u>: ADR must be held by September 27, 2019. The parties are directed to contact Wendy Messuri at (208) 334-9327, to schedule ADR conference.

4. <u>Discovery Plan</u>:  All discovery must be in accordance with the Federal Rules of Civil Procedure, the Local Rules for the District of Idaho, and the parties' joint discovery plan which is incorporated herein by reference.

5. <u>Completion of Fact Discovery</u>:  All fact discovery must be completed by August 2, 2019. This is a deadline for the completion of all fact discovery; it is not a deadline for discovery requests. Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date.

6. <u>Disclosure of Experts</u>:

   a. The **Plaintiff** must disclose the experts intended to be called at trial on or before June 3, 2019.

   b. The **Defendant** must disclose the experts intended to be called at trial on or before July 3, 2019.

   c. **Plaintiff's** rebuttal experts must be identified on or before July 17, 2019.

---

[2] The Ninth Circuit has held that motions to amend filed after the Scheduling Order deadline are governed, not by the liberal provisions of Fed. R. Civ. P. 15(a), but instead, by the more restrictive provisions of Fed. R. Civ. P. 16(b) requiring a showing of "good cause." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

**CASE MANAGEMENT ORDER - 2**

      d.     **ALL** discovery relevant to experts must be completed by August 2, 2019.

7. <u>Discovery Disputes</u>:  The parties will strictly comply with the meet and confer requirements of Local Rule 37.1 prior to filing any discovery motions. The parties are to refer to the [Judge's web page](http://id.uscourts.gov/district/judges/Welcome.cfm)[3] for specific instructions regarding how the Judge handles discovery disputes.  Prior to filing any discovery motions, counsel must certify, not only that they have complied with Local Rule 37.1, but that they have complied with the Judge's procedures.

8. <u>Scheduling of Trial and Pretrial Conference</u>.  Plaintiff's counsel must contact courtroom deputy Sunny Trumbull (208) 334-9270 within one week following the entry of a decision on all pending dispositive motions to make arrangements for a telephone scheduling conference with the Court to set pre-trial and trial deadlines, if appropriate. If no dispositive motion is filed, Plaintiff's counsel must immediately contact the courtroom deputy within one week of the dispositive motion filing deadline to set a telephone scheduling conference.

9. <u>Judge Lodge's Law Clerk</u>: The law clerk assigned to this case is Lauri Thompson, and may be reached at (208) 334-9239.

10. <u>Docketing Clerk</u>: If you have a docketing question, please contact a docket clerk at (208) 334-1361.

---

[3] http://id.uscourts.gov/district/judges/Welcome.cfm

**CASE MANAGEMENT ORDER - 3**



DATED: January 17, 2019

_____
Edward J. Lodge
United States District Judge

**CASE MANAGEMENT ORDER - 4**