Nathan R. Starnes ISB #7484
Laurie Litster Frost ISB #7479
LITSTER FROST INJURY LAWYERS
3501 W. Elder Street, Suite 208
Boise, ID 83705
Email: nathan.starnes@litsterfrost.com
Phone: (208) 489-6400
Fax:    (208) 489-6404

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| MATTHEW MCDERMOTT, an individual | Case No.  1:18-CV-00079-CWD |
|---|---|
| Plaintiff(s), | |
| vs. | MOTION TO REQUIRE PLAINTIFF TO POST BOND |
| MONDAY MONDAY, LLC, an Idaho limited liability company, | |
| Defendant(s). | |

## INTRODUCTION

Defendant MONDAY MONDAY, LLC ("Monday"), through Litster Frost Injury Lawyers, asks this Court for an Order requiring Plaintiff to obtain a bond prior to further litigation of this case pursuant to Rule 65(c) of the Federal Rules of Civil Procedure and Rule 65.2 of the Idaho District Local Rules.

1
MOTION TO REQUIRE PLAINTIFF TO POST BOND

This Motion is supported by the Memorandum In Support Of Motion to Require Plaintiff to Post Bond, the Declaration of Anthony Litster, and the Declaration of Nathan R. Starnes that are filed concurrently herewith.

DATED this 25TH day of January, 2019.

                                                      LITSTER FROST INJURY LAWYERS

                                                     /s/ Nathan R. Starnes

                                                   NATHAN R. STARNES
                                                   LAURIE LITSTER FROST
                                                   Attorneys for Plaintiff

**MOTION TO REQUIRE PLAINTIFF TO POST BOND**