Nathan Starnes, ISB# 7484
Laurie Litster Frost ISB #7479
**LITSTER FROST INJURY LAWYERS**
3501 W. Elder Street, Suite 208
Boise, ID 83705
Email: nathan.starnes@litsterfrost.com
Phone: (208) 489-6400
Fax:    (208) 489-6404

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual;<br><br>                    Plaintiff(s),<br><br>vs.<br><br>MONDAY MONDAY, LLC, an Idaho limited liability company,<br><br>                    Defendant(s). | Case No. 1:18-CV-00079-CWD<br><br>**DECLARATION OF ANTHONY LITSTER** |

Anthony Litster, under penalty of perjury of the law of the State of Idaho, and pursuant to I.R.C.P. 2.7, Idaho Code § 9-1406, declare as follows:

1.      That I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated herein and make this declaration under the penalty of perjury. I affirm that the statements made herein are true and accurate and based upon my personal knowledge.

2.      On or about March 5, 2018, a process server went to the building where Monday

**DECLARATION OF ANTHONY LITSTER - 1**

used to reside, looking for Suite 110 on the first floor.

3.      As Monday was dissolved, another company was occupying Suite 110.

4.      The process server went to a law firm on the second floor, housed in Suite 208.

5.      Since I nor the registered agent were located in the building, the receptionist reached out to the former registered agent and me, informing us of the inquiry.

6.      I was not served, and Monday was not served.

7.      On or about March 5, 2018, I called the process server to find out the name of the attorney on the lawsuit.

8.      The attorney of record was Danny Bower.

9.      I had been neighbors with Mr. Bower for several years.

10.     On or about March 6, 2018, a letter was sent to Mr. Bower's office from a former registered agent of Monday as a courtesy, informing Mr. Bower that the company had wrapped up business in August 2017.

11.     The letter also informed Mr. Bower that the former registered agent had been relieved of his duties.

12.     On March 9, 2018, I contacted Mr. Bower regarding this lawsuit.

13.     Mr. Bower indicated that he did not know anything about the case, and that Mr. Liebowitz was using his office to have an Idaho location.

14.     I requested that Mr. Bower reach out to Mr. Liebowitz and pass on my contact information. Attached hereto as Exhibit A is a true and correct copy of a screenshot of the AT&T online cell phone call log of a member of Monday, on March 9, 2018.

15.     On March 14, 2018, I called Mr. Liebowitz's office to follow up.

16.     I left a message with Mr. Liebowitz's secretary.

**DECLARATION OF ANTHONY LITSTER - 2**

17.     Mr. Liebowitz returned my phone call.

18.     Mr. Liebowitz spent approximately 29 minutes threatening me with litigation representing that it would cost the maximum penalties of $150,000 plus "hundreds of thousands of dollars in attorney fees."

19.     Mr. Liebowitz accused me of running up the attorney fees on the prior SDNY case, which was incorrectly filed by Mr. Liebowitz in New York. Attached hereto as Exhibit B is a true and correct copy of a screenshot of the AT&T online cell phone call log of a member of Monday, on March 14, 2018.

20.     Mr. Liebowitz complained that I hired a New York attorney to defend that case, and threatened me stating that I should have "just called and settled—but now it was going to cost [me] a lot more."

21.     I informed Mr. Liebowitz that the company was no longer in operation.

22.     Mr. Liebowitz then threatened he would "pierce the corporate veil and freeze former members' personal bank accounts."

23.     Mr. Liebowitz accused me of avoiding service of the complaint and summons.

24.     I then reminded Mr. Liebowitz that I was not avoiding service, but rather was actively reaching out to Mr. Bower and Mr. Liebowitz to figure out how to get a copy of the complaint.

25.     To demonstrate my willingness to receive service and cooperate, I provided Mr. Liebowitz with a current email address and telephone number.

26.     Mr. Liebowitz agreed to the paperwork and I agreed to sign a form accepting service, upon receipt of the documents via email.

27.     Mr. Liebowitz never followed through by emailing the documents.

**DECLARATION OF ANTHONY LITSTER - 3**

28.     Instead, Mr. Liebowitz used my phone number as a way to continue settlement negotiations with me on a sporadic basis while at the same time moving the case forward by failing to notify me of any hearings or deadlines.

29.     On March 16, 2018, I called Mr. Liebowitz and left a message. Attached hereto as Exhibit C is a true and correct copy of a screenshot of the AT&T online cell phone call log of a member of Monday, on March 16, 2018.

30.     On March 19, 2018, I called Mr. Liebowitz again.

31.     Mr. Liebowitz returned the phone call. Attached hereto as Exhibit D is a true and correct copy of a screenshot of the AT&T online cell phone call log of a member of Monday, on March 19, 2018.

32.     I informed Mr. Liebowitz I was able to raise $1,600 to settle the matter.

33.     Mr. Liebowitz again threatened me.

34.     Mr. Liebowitz warned me of how the Court would award hundreds of thousands of dollars in attorney fees, and pierce the corporate veil to pursue any personal assets, including vacation homes or properties.

35.     On March 21, 2018, Mr. Liebowitz provided me his cell phone number so I could text an image of the US Bank print out I received when the company bank accounts had been closed on September 5, 2017.

36.     I then sent the picture of this bank letter. Attached hereto as Exhibit E is a true and correct copy of a screenshot of Monday's text to Mr. Liebowitz of the US Bank print out it received when the company bank accounts had been closed on September 5, 2017.

37.     On April 18, 2018, I once again called Mr. Liebowitz to follow up. Attached hereto as Exhibit F is a true and correct copy of a screenshot of the AT&T online cell phone call

**DECLARATION OF ANTHONY LITSTER - 4**

log of a member of Monday, on April 18, 2018.

38.    I informed Mr. Liebowitz that I had raised some money and could increase the settlement offer to $2,350.

39.    Mr. Liebowitz continued to threaten me, and then said he would talk with his client. Mr. Liebowitz never called me with an update.

40.    On May 4, 2018, I was very concerned with Mr. Liebowitz's lack of communication, so I once again called Mr. Liebowitz's office to see if Mr. Liebowitz had discussed the matter with his client. Attached hereto as Exhibit G is a true and correct copy of a screenshot of the AT&T online cell phone call log of a member of Monday, on May 4, 2018.

41.    I again did not receive a call back.

42.    On May 8, 2018, I again called Mr. Liebowitz to see if he had discussed the case with his client. Attached hereto as Exhibit H is a true and correct copy of a screenshot of the AT&T online cell phone call log of a member of Monday, on May 8, 2018.

43.    I told Mr. Liebowitz that I had put a car up for sale and could raise another $2,000, increasing the settlement offer to $5,300.

44.    Mr. Liebowitz demanded $20,000, reasoning that he had "already spent $15,000 in filing for a judgment on the case."

45.    Mr. Liebowitz spent several minutes repeating his threats to me, continued to accuse me, and stated that all these extra costs were my fault because I fought the case in New York and didn't "just settle."

46.    Up to this point, I believed these negotiations were in lieu of litigation.

47.    Immediately after that call, I googled the judgment Mr. Liebowitz mentioned on the call.

**DECLARATION OF ANTHONY LITSTER - 5**

48.    I discovered that two hours later, that same day, there was a teleconference hearing scheduled with the judge.

49.    Mr. Liebowitz neglected to mention anything about a pre-trial conference call when he spoke with me earlier that day.

50.    I immediately texted Mr. Liebowitz's cell phone, hoping Mr. Liebowitz's conference line could be used for the hearing so I could participate in the call. Attached hereto as Exhibit I is a true and correct copy of a screenshot of Monday's text to Mr. Liebowitz, hoping Mr. Liebowitz would include Monday in the scheduling conference call, on May 8, 2018.

51.    Mr. Liebowitz did not respond to my text.

52.    Attempting to participate in the scheduling conference, I then called Mr. Liebowitz's office and left a message with a secretary, hoping to be included in the scheduling conference.

53.    I then called the court, hoping to be included in the scheduling conference, but no one at the Court answered.

54.    On May 11, 2018 I found an email for Amy Tate (amy_tate@id.uscourts.gov), the courtroom Deputy to Judge Dale.

55.    I sent Amy Tate a message that I had just learned of the filing for judgment.

56.    I explained that I had not yet been served and had been negotiating in good faith with Mr. Liebowitz.

57.    I informed the Court in my email that I was "in the process of hiring an attorney to answer the complaint." On May 14, 2018, Amy Tate replied and copied Mr. Bower's office, explaining the restriction against ex parte communications with the Court, and stated that Mr. Liebowitz would need to file a pro hac vice application. Attached hereto as Exhibit J is a true and

**DECLARATION OF ANTHONY LITSTER - 6**

correct copy of a May 11, 2018 email from Monday to Amy Tate and Amy Tate's May 14, 2018 response.

58.     I was unrepresented during these negotiations and unaware of Federal Rule of Civil Procedure's Rule 68 requirement to serve the proposed offer to the opposing party.

59.     Throughout the duration of these negotiations between myself and Mr. Liebowitz, I was a willing participant, cooperating in the hope of reaching a settlement.

60.     The infringement by Plaintiff occurred in the same article, on the same day, by the same person.

61.     This is the first and only accusation of copyright infringement in the history of Monday's existence.

62.     On June 6, 2018, I retained Nathan R. Starnes as counsel in Idaho.


            I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and accurate.


DATED this 25TH day of January, 2019.


            /s/ Anthony Litster
            Anthony Litster


**DECLARATION OF ANTHONY LITSTER - 7**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of January, 2019 I caused a true and correct copy of the foregoing to be served to each of the following individuals by the method(s) listed below.

Daniel W. Bower, ISB #7204
MORRIS BOWER & HAWS PLLC
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Telephone: (208) 345-3333
Fax No.: (208) 345-4461
dbower@morrisbowerhaws.com

[ ] U.S. Mail, Postage Prepaid
[ ] Hand Delivery
[ ] Overnight Delivery
[ ] Electronic Mail
[ ] Facsimile
[X] iCourt

___/s/ Nathan R. Starnes_____
Nathan R. Starnes

**DECLARATION OF ANTHONY LITSTER - 8**

# EXHIBIT A

03/09/2018    09:15AM              📞 208.345.3333              Boise, ID              SDDV              14              0.00

**DECLARATION OF ANTHONY LITSTER - 10**

# EXHIBIT B

DECLARATION OF ANTHONY LITSTER - 11

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/14/2018 | 02:40PM | 516.233.1660 | Floralpark, NY | SDDV | 2 | 0.00 |
| 03/14/2018 | 03:13PM | 516.233.1140 | Incoming, CL | SDDV | 29 | 0.00 |

**DECLARATION OF ANTHONY LITSTER - 12**

# EXHIBIT C

**DECLARATION OF ANTHONY LITSTER - 13**

03/16/2018   12:03PM          ☎ 516.233.1660         Floralpark, NY          SDDV          2          0.00

**DECLARATION OF ANTHONY LITSTER - 14**

# EXHIBIT D

| 03/19/2018 | 12:32PM | 📞 516.233.1660 | Incoming, CL | SDDV | 5 | 0.00 |
| 03/19/2018 | 12:29PM | 📞 516.233.1660 | Floralpark, NY | SDDV | 1 | 0.00 |

**DECLARATION OF ANTHONY LITSTER - 16**

# EXHIBIT E



(646) 740-3808
Text Message
Wed, Mar 21, 11:01 AM

iMessage

Hi Richard. This is the print out I got from the bank when I closed the accounts.

Tony Litster

**DECLARATION OF ANTHONY LITSTER - 18**

# EXHIBIT F

| 04/18/2018 | 09:38AM | 📞 516.233.1660 | Floralpark, NY | SDDV | 2 | 0.00 |

**DECLARATION OF ANTHONY LITSTER - 20**

# EXHIBIT G

| 05/04/2018 | 10:09AM | 📞 516.233.1660 | FLORALPARK | DT | 1 | 0.00 |

**DECLARATION OF ANTHONY LITSTER - 22**

# EXHIBIT H

DECLARATION OF ANTHONY LITSTER - 23

| 05/08/2018 | 12:54PM | 516.233.1660 | INCOMING | DT | 13 | 0.00 |
| 05/08/2018 | 02:24PM | 516.233.1660 | INCOMING | DT | 3 | 0.00 |
| 05/08/2018 | 02:03PM | 516.233.1660 | FLORALPARK | DT | 3 | 0.00 |

**DECLARATION OF ANTHONY LITSTER - 24**

# EXHIBIT I



(646) 740-3808

iMessage

Hi Richard. This is the print out I got from the bank when I closed the accounts.

Tony Litster

Tuesday 1:49 PM

Hi Richard, is there a conference line you will be using for the call with the judge today in an hour or can you patch me in on my cell?

Delivered

**DECLARATION OF ANTHONY LITSTER - 26**

# EXHIBIT J

---------- Forwarded message ----------
From: <Amy_Tate@id.uscourts.gov>
Date: Mon, May 14, 2018 at 10:46 AM
Subject: Re: McDermott vs Monday Monday LLC
To: Tony Litster <tonylitster@gmail.com>
Cc: <dbower@morrisbowerhaws.com>

Mr. Litster,

Communications with the Court should be limited to issues such as scheduling and similar items of a logistical nature. The Court cannot accept ex parte communications from you, such as the one below, that discuss the merits or the substance of the case before the Court.

You can find more information regarding the rules applicable to civil cases on the Court's web page - http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm

Counsel for the Plaintiff, Daniel Bower, has been copied by way of this reply. Mr. Liebowitz will need to file a pro hac vice application, if he wishes to make an appearance in the District of Idaho.

Thank you for your understanding.



**Amy Tate**

Courtroom Deputy
to The Honorable Candy W. Dale
U.S. Courts, District of Idaho
amy_tate@id.uscourts.gov
(208) 334-9387

From:    Tony Litster <tonylitster@gmail.com>
To:      amy_tate@id.uscourts.gov
Date:    05/11/2018 04:54 PM
Subject: McDermott vs Monday Monday LLC

amy_tate@id.uscourts.gov

Hi Amy

Judge Dale is over seeing this case (cv-1:18-cv79). I was a member of Monday Monday LLC and just became aware of the judgement that was filed by Mr. Liebowitz.

I'm reaching out to be in communication on this.

Mr. Liebowitz filed a suit against us in New York that he eventually withdrew because of jurisdiction issues. The judge on that case called him a "copyright troll", and based on the interviews I've read, he is quite bothered about it.

I have been actively negotiating over the phone with Mr. Liebowitz since March 14th. Since our company closed in August 2017, I agreed to receive service via email, but they have never sent anything. I assumed it was because we were discussing a settlement.

Yesterday I read that Tri County filed a paper that said they mailed us the court documents. I called them today to find out who signed for the letter and after searching for a while, they said the card was lost or hadn't come back yet.

I'm obviously aware of the case now, and have read the filed documents, but prior to this, I hadn't been served anything to date.

On May 8th I was talking to Mr. Liebowitz trying to settle the case and he mentioned a "judgment" that he filed. I googled it and realized that we had a tele conference scheduled an hour from then. I tried calling the number but there was no answering machine.

I will prepare a document that lists all of my communications with Mr. Liebowitz as well as screen shots of my phone records.

I am in the process of hiring an attorney to answer the complaint now that I'm aware it has been filed.

Can you please note the file that I am preparing a response?

Thank you.

Tony Litster

**DECLARATION OF ANTHONY LITSTER - 28**