**Nathan Starnes, ISB# 7484**
**Laurie Litster Frost ISB #7479**
**LITSTER FROST INJURY LAWYERS**
**3501 W. Elder Street, Suite 208**
**Boise, ID 83705**
**Email: nathan.starnes@litsterfrost.com**
**Phone: (208) 489-6400**
**Fax:    (208) 489-6404**

**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **MATTHEW MCDERMOTT, an individual;**<br><br>           **Plaintiff(s),**<br><br>vs.<br><br>**MONDAY MONDAY, LLC, an Idaho limited liability company,**<br><br>           **Defendant(s).** | Case No. 1:18-CV-00079-CWD<br><br>**DECLARATION OF NATHAN R. STARNES** |

Nathan R. Starnes, under penalty of perjury of the law of the State of Idaho, and pursuant to I.R.C.P. 2.7, Idaho Code § 9-1406, declare as follows:

1. That I am the attorney of record in this matter. I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated herein and make this declaration under the penalty of perjury. I affirm that the statements made herein are true and accurate and based upon my personal knowledge.

**DECLARATION OF NATHAN R. STARNES - 1**

2. Attached hereto as Exhibit A is a true and correct copy of *Steeger v. JMS Cleaning Servs., LLC*, No. 17-CV-8013 DLC, 2018 U.S. Dist. LEXIS 32730 (S.D.N.Y. February 28, 2018).

3. Attached hereto as Exhibit B is a true and correct copy of *McDermott v. Monday Monday, LLC*, No. 17-CV-9230 DLC, 2018 U.S. Dist. LEXIS 28664 (S.D.N.Y Feb. 22, 2018).

4. Attached hereto as Exhibit C is a true and correct copy of *Pereira v. 3072541 Can. Inc.*, No. 17-CV-6945 (RA), 2018 U.S. Dist. LEXIS 195406 (S.D.N.Y. Nov. 15, 2018).

5. Attached hereto as Exhibit D is a true and correct copy of *Leibowitz v. Galore Media, Inc.*, 2018 U.S. Dist. LEXIS 161110 (S.D.N.Y. Sep. 20, 2018).

6. Attached hereto as Exhibit E is a true and correct copy of *FameFlynet, Inc. v. Shoshanna Collection, LLC*, 282 F. Supp. 3d 618, 627 (S.D.N.Y. 2017).

7. Attached hereto as Exhibit F is a true and correct copy of *Sailor Music v. IML Corp.*, 867 F. Supp. 565, 570 (E.D. Mich. 1994).

8. Attached hereto as Exhibit G is a true and correct copy of *Broadcast Music, Inc. v. Xanthas, Inc.*, 855 F. 2d 233, 237 (5th Cir. 1988).

9. Attached hereto as Exhibit H is a true and correct copy of *International Korwin Corp. v. Kowalczyk*, 855 F.2d 375, 383 (7th Cir. 1988).

10. Attached hereto as Exhibit I is a true and correct copy of *Reynolds v. Hearst Communs., Inc.*, No. 17-CV-6720 DLC, 2018 U.S. Dist. LEXIS 35453 (S.D.N.Y. March 5, 2018).

11. Attached hereto as Exhibit J is a true and correct copy of *Malibu Media, LLC v. Doe*, 2015 U.S. Dist. LEXIS 87751 (S.D.N.Y. July 6, 2015).

12. Attached hereto as Exhibit K is a true and correct copy of *In re BitTorrent Adult Film Copyright Infringement Cases*, 296 F.R.D. 80 (E.D.N.Y. 2012).

**DECLARATION OF NATHAN R. STARNES - 2**

13. Attached hereto as Exhibit L is a true and correct copy of *Cobbler Nev., LLC v. Anonymous Users of Popcorn Time*, No. 3:15-cv-01550-SB, 2016 U.S. Dist. LEXIS 105333 (D. Or. Aug. 10, 2016).

14. Attached hereto as Exhibit M is a true and correct copy of *Bridgeport Music, Inc. v. WB Music Corp.*, 520 F.3d 588 (C.A.6 2008).

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and accurate.

DATED this 25th day of January, 2019.

    /s/ Nathan R. Starnes
Nathan R. Starnes

**DECLARATION OF NATHAN R. STARNES - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2019 I caused a true and correct copy of the foregoing to be served to each of the following individuals by the method(s) listed below.

| | |
|---|---|
| Daniel W. Bower, ISB #7204<br>MORRIS BOWER & HAWS PLLC<br>12550 W. Explorer Drive, Suite 100<br>Boise, Idaho 83713<br>Telephone: (208) 345-3333<br>Fax No.: (208) 345-4461<br>dbower@morrisbowerhaws.com | [ ] U.S. Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Delivery<br>[ ] Electronic Mail<br>[ ] Facsimile<br>[X] iCourt |

          __/s/ Nathan R. Starnes_____
          Nathan R. Starnes

**DECLARATION OF NATHAN R. STARNES - 4**