UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW MCDERMOTT, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONDAY MONDAY, LLC, an Idaho limited liability company,<br><br>　　　　　Defendant. | Case No.　1:18-cv-00079-EJL<br><br>ORDER OF DISMISSAL |

On April 9, 2019, the Court entered an Order granting Defendant's Motion to Require Plaintiff to Post Bond. (Dkt. 27, 28.) In that Order, the Court ordered Plaintiff to file a bond in the amount of $10,000 on or before April 23, 2019. No bond has been filed. The Court also expressly notified Plaintiff that this case would be dismissed on April 23, 2019 for failure to prosecute absent a showing of good cause as to why dismissal should not be entered pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 41.1. (Dkt. 28.) No such showing has been made and the time for doing so has passed. Accordingly, the Court finds dismissal of this action is appropriate and necessary. (Dkt. 28.)

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that this case is **DISMISSED**.

DATED: April 25, 2019

_____
Honorable Edward J. Lodge
U.S. District Judge

**ORDER** - 1